1   KENNETH S. GAINES, ESQ. SBN 049045
    ken@gaineslawfirm.com
2   DANIEL F. GAINES, ESQ. SBN 251488
    daniel@gaineslawfirm.com
3   ALEX P. KATOFSKY, ESQ. SBN 202754
    alex@gaineslawfirm.com
4   SEPIDEH HIRMAND, ESQ. SBN 274259
    sepideh@gaineslawfirm.com
5   GAINES & GAINES, APLC
    21550 Oxnard Street, Suite 980
6   Woodland Hills, CA 91367
    Telephone: (818) 703-8985
7   Facsimile:  (818) 703-8984

8   Attorneys for Plaintiff CORNELIUS MILLING

9   DREW R. HANSEN, ESQ. SBN 218382
    BENJAMIN P. BRODERICK, ESQ. SBN 212124
10  THEODORA ORINGHER PC
    535 Anton Blvd., Ninth Floor
11  Costa Mesa, CA 92626-7109
    Telephone:  (714) 549-6200
12  Facsimile:  (714) 549-6201

13  Attorneys for Defendant C.R. ENGLAND, INC.

14

                 UNITED STATES DISTRICT COURT
15
                 EASTERN DISTRICT OF CALIFORNIA
16

17

18  CORNELIUS MILLING, on behalf of        Case No.: 1:13-CV-00675-LJO-SKO
    himself and all other aggrieved employees
    pursuant to Labor Code § 2698 et seq,    **STIPULATION RE CONTINUANCE OF**
19                                           **MANDATORY SCHEDULING**
                                             **CONFERENCE;  ORDER**
20          Plaintiffs,
                                             Date:       September 17, 2013
21      v.                                   Time:       9:30 a.m.
                                             Place:      Courtroom 7, 6th Floor
22  C.R. ENGLAND, INC., a Utah               Judge:      Hon. Sheila K. Oberto
    corporation, and DOES 1 through 10,
23  inclusive,

24          Defendants.

25

26

27

28

STIPULATION RE CONTINUANCE OF
MANDATORY SCHEDULING CONFERENCE;                          Case No. 1:13-CV-00675-LJO-SKO
ORDER

1    Plaintiff and Defendant (together, the "Parties") in the above-captioned action have

2    voluntarily agreed to participate in a private mediation with an experienced mediator, Ralph O.

3    Williams, III.  The mediation will occur on October 15, 2013.

4    The Parties wish to conserve their resources, and those of the Court, to facilitate these early

5    settlement discussions.   Accordingly, the Parties hereby request that this Court continue the

6    mandatory scheduling conference (now scheduled for September 17, 2013) and all other related

7    deadlines for approximately 60 days.  Specifically, the Parties request that the mandatory scheduling

8    conference be continued to Tuesday November 12, 2013 or the next available date that is convenient

9    for the Court.  The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 26(c), that

10   their respective initial disclosures need not be exchanged until 14 days prior to whatever new date is

11   selected by the Court for the mandatory scheduling conference.

12   **IT IS SO STIPULATED.**

13   Dated: August 20, 2013                            */s/ Alex P. Katofsky*
                                                        ALEX P. KATOFSKY
14                                                      GAINES & GAINES, APLC
                                                        Attorneys for Plaintiff CORNELIUS MILLING
15

16

17   Dated: August 20, 2013                            */s/ Drew R. Hanson*
                                                        DREW R. HANSEN
18                                                      THEODORA ORINGHER PC
                                                        Attorneys for Defendant C.R. ENGLAND,
19                                                      INC.

20

21   ///

22   ///

23   ///

24   ///

25   ///

26

27

28

STIPULATION RE CONTINUANCE OF
MANDATORY SCHEDULING CONFERENCE;                2                Case No. 1:13-CV-00675-LJO-SKO
ORDER

1

**ORDER**

2      For good cause shown, the mandatory scheduling conference set for September 17, 2013, is

3   VACATED.   The Parties shall appear for a continued mandatory scheduling conference on

4   November 12, 2013, at 10:15 a.m.

5

6

7   IT IS SO ORDERED.

8      Dated:   **August 20, 2013**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE CONTINUANCE OF
MANDATORY SCHEDULING CONFERENCE;        3          Case No. 1:13-CV-00675-LJO-SKO
ORDER