KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
SEPIDEH HIRMAND, ESQ. SBN 274259
sepideh@gaineslawfirm.com
GAINES & GAINES, APLC
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile:  (818) 703-8984

Attorneys for Plaintiff CORNELIUS MILLING

DREW R. HANSEN, ESQ. SBN 218382
BENJAMIN P. BRODERICK, ESQ. SBN 212124
THEODORA ORINGHER PC
535 Anton Blvd., Ninth Floor
Costa Mesa, CA 92626-7109
Telephone:  (714) 549-6200
Facsimile:   (714) 549-6201

Attorneys for Defendant C.R. ENGLAND, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS MILLING, on behalf of himself and all other aggrieved employees pursuant to Labor Code § 2698 et seq, <br><br> Plaintiffs, <br><br> v. <br><br> C.R. ENGLAND, INC., a Utah corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 1:13-CV-00675-LJO-SKO <br><br> **STIPULATION RE CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;  ORDER** <br><br> Date:       September 17, 2013 <br> Time:      9:30 a.m. <br> Place:     Courtroom 7, 6th Floor <br> Judge:    Hon. Sheila K. Oberto |

Plaintiff and Defendant (together, the "Parties") in the above-captioned action have voluntarily agreed to participate in a private mediation with an experienced mediator, Ralph O. Williams, III. The mediation will occur on October 15, 2013.

The Parties wish to conserve their resources, and those of the Court, to facilitate these early settlement discussions. Accordingly, the Parties hereby request that this Court continue the mandatory scheduling conference (now scheduled for September 17, 2013) and all other related deadlines for approximately 60 days. Specifically, the Parties request that the mandatory scheduling conference be continued to Tuesday November 12, 2013 or the next available date that is convenient for the Court. The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 26(c), that their respective initial disclosures need not be exchanged until 14 days prior to whatever new date is selected by the Court for the mandatory scheduling conference.

**IT IS SO STIPULATED.**

Dated: August 20, 2013         */s/ Alex P. Katofsky*
                               ALEX P. KATOFSKY
                               GAINES & GAINES, APLC
                               Attorneys for Plaintiff CORNELIUS MILLING

Dated: August 20, 2013         */s/ Drew R. Hanson*
                               DREW R. HANSEN
                               THEODORA ORINGHER PC
                               Attorneys for Defendant C.R. ENGLAND, INC.

///
///
///
///
///

**ORDER**

For good cause shown, the mandatory scheduling conference set for September 17, 2013, is VACATED. The Parties shall appear for a continued mandatory scheduling conference on November 12, 2013, at 10:15 a.m.

IT IS SO ORDERED.

    Dated:  **August 20, 2013**                **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE