KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
GAINES & GAINES, APLC
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff CORNELIUS MILLING

DREW R. HANSEN, ESQ. SBN 218382
dhansen@tocounsel.com
BENJAMIN P. BRODERICK, ESQ. SBN 212124
bbroderick@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California  92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for Defendant C.R. ENGLAND, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORNELIUS MILLING, on behalf of himself and all other aggrieved employees pursuant to Labor Code § 2698 et seq.,<br><br>Plaintiff,<br><br>v.<br><br>C.R. ENGLAND, INC., a Utah corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.  CV-13-00675-LJO-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT** |

**RECITALS**

1. Plaintiff Cornelius Milling ("Plaintiff") commenced this action by filing a complaint in the Superior Court of the State of California in and for the County of Fresno (the "State Court") on or about April 5, 2013 against Defendant C.R. England, Inc. ("Defendant"). Plaintiff's complaint alleged one cause of action for penalties pursuant to Labor Code § 2699(f) for violations of Labor Code §§ 212, 221, and 226(a) and Labor Code § 2699(a) for violations of Labor Code §§ 225.5 and 226.3.

2. On May 7, 2013, Defendant filed its answer to Plaintiff's complaint in state court.

3. On May 8, 2013, Defendant removed this matter to this Court based on diversity jurisdiction.

4. Late in the afternoon on October 30, 2013, Plaintiff informed Defendant for the very first time that it believes jurisdiction is not proper in this Court in light of a recent Ninth Circuit ruling, *Urbino v. Orkin Services of California, Inc.*, 726 F.3d 1118 (9th Cir. August 13, 2013).

5. The parties have since met and conferred and now agree that the action should be remanded back to the State Court in light of the *Urbino* decision.[1]

6. Given that the Parties have agreed that remand is warranted at this time, they respectfully request that the Court take the Scheduling Conference set for November 12, 2013 off calendar.

//
//
//
//
//
//

---

[1] Defendant reserves the right to remove this action to federal court again at any point in the future should Plaintiff hereafter amend his Complaint in a way that would justify removal.

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendant, by and through their attorneys of record, hereby stipulate and agree that the action shall immediately be remanded to the Superior Court for the State of California, County of Fresno.

**IT IS SO STIPULATED.**

DATED:  November 7, 2013            THEODORA ORINGHER PC

*/s/ Drew R. Hansen (as authorized on 11/6/13)*
Drew R. Hansen
Attorneys for C.R. ENGLAND, INC.

DATED:  November 7, 2013            GAINES & GAINES, APLC

*/s/ Alex P. Katofsky*
Alex P. Katofsky
Attorneys for Plaintiff CORNELIUS MILLING

## ORDER

For good cause showing, IT IS ORDERED that this action shall immediately be remanded to the Superior Court for the State of California, County of Fresno.  The clerk shall take steps to remand this action to the Fresno County Superior Court.  This Court VACATES all pending matters and dates set before this Court.  This Court will take no further action regarding this case.

IT IS SO ORDERED.

Dated:   **November 7, 2013**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER TO REMAND CASE TO STATE COURT